UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Widner Volcy | : | Case No.: 18-11645-mdc |
| Debtor | : | Chapter 13 |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

The Debtor, Widner Volcy, by and through his undersigned counsel, hereby move to modify his Chapter 13 Plan and in support thereof aver as follows:

1. Debtor filed a Chapter 13 Bankruptcy on March 9, 2018.

2. The Chapter 13 filing was assigned case number 18-11645.

3. The Chapter 13 Plan was confirmed by this Honorable Court on January 31, 2021.

4. On or about July 2021, Debtor was involved in an automobile accident in which his vehicle was deemed a total loss.

5. As a result of the automobile accident, Debtor requests that the 2011 Nissan Rogue, which is currently being paid inside the confirmed plan, be removed as the creditor will be satisfied by the insurance.

6. The Debtor's proposed modified Chapter 13 Plan, attached hereto as "**Exhibit A**", and is currently affordable by the Debtor.

**WHEREFORE**, the Debtor requests that he be permitted to modify his Chapter 13 Plan for the above-stated reasons.

Dated: July 26, 2021

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street, Suite #502
Philadelphia, PA 19107

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| Widner Volcy | : | Case No.: 18-11645-mdc |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER GRANTING DEBTOR'S
## MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this _____ day of _____, 2021 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge